# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Case No. 4:11cr5 |
| | § | (Judge Clark) |
| JORGE LUIS PARRA-SUAREZ | § | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the request for revocation of Defendant's supervised release. After the District Judge referred the matter to this Court for a report and recommendation, the Court conducted a hearing on November 12, 2014, to determine whether Defendant violated his supervised release.

On September 5, 2012, Defendant was sentenced by the Honorable Ron Clark to twenty-eight (28) months' custody followed by three (3) years of supervised release for the offense of Reentry of Deported Alien. On January 24, 2013, Defendant completed his period of imprisonment and began service of his supervised term.

On October 6, 2014, the U.S. Probation Officer executed a Petition for Warrant for Offender Under Supervision. Prior to the Government putting on its case, Defendant entered a plea of true to all of the violations. The Court recommends that Defendant's supervised release be revoked.

## RECOMMENDATION

The Court recommends that the District Judge revoke Defendant's supervised release. The Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of twenty-four (24) months with no supervised release to follow. It is further recommended that the Defendant pay a special assessment of $100. It is also recommended that Defendant be housed in the Bureau of Prisons, Seagoville Unit.

After the Court announced the recommended sentence, Defendant executed the consent to revocation of supervised release and waiver of right to be present and speak at sentencing. Defendant and the Government also waived their right to file objections.

**SIGNED this 14th day of November, 2014.**

AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE